UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSIE PATRICK-BELL, | 1:12-cv-1364-SKO  (HC) |
| Petitioner, | |
| vs. | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| RON DAVIS, | (DOCUMENT #7) |
| Respondent. | |

Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases.

The Court has reviewed the original petition and notes that the Petitioner raises only several claims that concern her sentence and the effective assistance of counsel; other claims have been dismissed with leave to amend. If Petitioner requires additional time in order to have sufficient access to the prison law library, Petitioner may seek an extension of time within which to file a first amended petition.

Accordingly, in the present case, the Court does not find that the interests of justice

require the appointment of counsel at the present time.

     Therefore, IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel is denied. IT IS SO ORDERED.

**Dated:   October 24, 2012**               /s/ Sheila K. Oberto
                                                 UNITED STATES MAGISTRATE JUDGE